901 E. Main St
Dothan AL 36301

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 DEC 29 A 10: 20
D. P. HACKETT, CL
U.S. DISTRICT COURT

Houston County Jail
Michael Jackson )
Full name and prison name of )
Plaintiff(s) )
)
v. Troy King )
Butch Binford )
Matthew C. Lamere )
Douglas A Valeska )
Andy Huges )
Houston County Jail )
Sgt Turner, Davis, Reed )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) S, Moon )
Cos Hager-Reed R, Dye

CIVIL ACTION NO. 1:09CV1173-MEF
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number CC 2008-1675
4. Name of judge to whom case was assigned Butch Binford Houston County Circuit Court
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Appealed
6. Approximate date of filing lawsuit 12-27-2009
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail 901 E. Main St. Dothan AL 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail & Houston Circuit Court

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME Troy King 11 So Union ADDRESS Montgomer Al. 36130
1. Butch Binford; 1141 Nor Oats Rm 325 Courthouse
2. Matthew C. Lamere; 106 Nor Lena Ste 2 Dothan Al 36302
3. Douglas A Valeska; Houston Countys D.A. Office
4. Andy Huges; 901 E Main St. Dothan AL 36301; H.C.J.
5. Sgt Turner, S. Moon, Halger,
6. R. Dye. Houston County Jail employee; COS

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12-7-2009 And several months before during lockup

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denied Access to the Courts legal Mail; interferrance by Jail; CO Hagler

VI Denied Chaplin Visitation; on Request.

VII Bond given denied, to make bond Dec, 7-2009 not allow to call bondmen, unlawful Imprisonment told Sgt Davis, And employee Reed Commander

VIII life, liberties, or proprety 2/3 denied

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.) the

I have been told Sgt to talk to is Sgt Turner, Davis, or Reed in docket I have Affidavit, And it A common practice to open your "legal mail", it has happen my whole incarceration time again.

**GROUND TWO:** Denied Right to Counsel, or to dismiss A Corrupt Attorney; Judge D.A., Troy King, Douglas Valeska etc. had knowledge

**SUPPORTING FACTS:** I was force to take A psychological Evaluation; because my defense Attorney tryed to defame me, deformation of character. Told Judge (Binford) They work together daily, he know was called in back; Unethicial, Corruption.

**GROUND THREE:** Had mail from Justic Department Delivered at 12:30 Am by CO Hagler. R. Dye take my mailing supplies from canteen

**SUPPORTING FACTS:** How many time it's has happen over several months; order postal stamps they take $4.40 - for 10 - .44¢ stamps I would receive 10 - .02¢ stamp; After court S. Moon take my folder with my legal papers, then threaten to shoot me with gun because I want them back; blatant corruption; Access to Court Denied Chaplin's visitation's,

More on other page
Exhibit - Z-1 and Z-2

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To give me TRO, injunction, move me too A safe Jail I am in lockup more than several months tortured; Fear For my life: Damages Both Compensatory, And Punitive; Retrial 4.9 mil, Federal Investigation

*Michael Jackson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
        (Date)


_____
Signature of plaintiff(s)

Michael Jackson 62359m-7
901 East Main Street
Dothan Al. 36301

MONTGOMERY AL 361
27 OCT 2009 PM 2 L

Anna Julia Cooper

Exhibit
C

Clerk of Houston County Court
Ms. Carla Woodall
P.O. Drawer 6406
Dothan Al. 36302

Houston Co. Jail Inmate Mail   36302+6406