IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL JACKSON, #62359, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 1:09-cv-1173-MEF-SRW |
| | ) (WO) |
| TROY KING, et al., | ) |
| DEFENDANTS. | ) |

**O R D E R**

This cause is before the Court on the Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. #3).  Upon consideration of the Plaintiff's submissions, the Court finds that the plaintiff has failed to demonstrate a substantial likelihood of success on the merits.  *See, e.g.*, *Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002).  Therefore, it is hereby

ORDERED that the motion for temporary restraining order is DENIED.  It is further ORDERED that this case is hereby referred back to the assigned Magistrate Judge for action or recommendation on all pretrial matters including the pending motion for preliminary injunction.

DONE this the 30th day of December, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE